IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08 – 49 |
| PEDRO ATLATENCO-LUNA, | : REDACTED |
| Defendant. | : |

## INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 22, 2008, in the State and District of Delaware, the defendant, PEDRO ATLATENCO-LUNA, did knowingly possess a document-making implement, to wit, a Compaq Presario desktop computer, s/n CNH5050DBV, with the intent such document-making implement would be used in the production of a false identification document, and which document-making implement is designed or suited for making an identification document, authentication feature, and false identification document that is or appears to be issued by or under the authority of the United States, all in violation of Title 18, United States Code, Section 1028(a)(5), (b) (1)(A-C).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____          Date: March 25, 2008
Douglas E. McCann
Assistant United States Attorney