IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-49 GMS |
| PEDRO ATLATENCO-LUNA, | : |
| Defendant. | : |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of David L. Hall in place of Douglas E. McCann, as the attorney for the plaintiff, United States of America, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ David L. Hall
David L. Hall
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277

Dated: 4/14/08