IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. A. No. 08-49-GMS |
| | : | |
| PEDRO ATLATENCO-LUNA | : | |

**UNOPPOSED MOTION TO CONTINUE PLEA HEARING**

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, hereby moves to continue the change of plea hearing in this matter. The grounds for this Motion are as follows:

1. The Court has scheduled a change of plea hearing for May 15, 2008 at 3:15 p.m.

2. Government counsel will be traveling out of the district on that date, and therefore requests that the hearing be rescheduled.

3. Counsel for the defendant does not oppose this request.

WHEREFORE, the United States respectfully requests that the Court continue the change of plea hearing. A proposed form of order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorneys

Dated: May 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Cr. A. No. 08-49-GMS |
| | : |
| PEDRO ATLATENCO-LUNA | : |

### **ORDER**

WHEREAS, a change of plea hearing in this matter is scheduled for May 15, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this _____ day of May, 2008, that the change of plea hearing in this matter scheduled for May 15, 2008 is continued until _____ at _____.m., in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

_____
HONORABLE GREGORY M. SLEET
CHIEF JUDGE