IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. A. No. 08-49-GMS |
| | : | |
| PEDRO ATLATENCO-LUNA | : | |

**ORDER**

WHEREAS, a change of plea hearing in this matter is scheduled for May 15, 2008;

WHEREAS, the United States has filed a Motion to Continue the hearing;

WHEREAS, counsel for the defense does not oppose the motion;

NOW THEREFORE, IT IS HEREBY ORDERED this 9th day of May, 2008, that the change of plea hearing in this matter scheduled for May 15, 2008 is continued until May 27, 2008 at 2:15 p.m., in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware 19801.

HONORABLE GREGORY M. SLEET
CHIEF JUDGE

FILED

MAY 1 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE