IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 08-49 GMS |
| | ) | |
| PEDRO ATLATENCO-LUNA | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 29th day of May 2008,

IT IS ORDERED that the change of plea hearing regarding the above-captioned defendant is rescheduled to **Thursday, June 12, 2008, at 2:00 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **June 12, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE