IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Cr. A. No. 08-49-GMS |
| PEDRO ATLATENCO-LUNA, | : |
| Defendant. | : |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about February 22, 2008, in the State and District of Delaware, **PEDRO ATLATENCO-LUNA,** defendant herein, did knowingly possess a document prescribed by statute and regulations as evidence of authorized stay or employment in the United States, to wit, a Resident Alien Card, which the defendant knew to be counterfeit and falsely made, in violation of Title 18, United States Code, Section 1546(a) and 2.

COLM F. CONNOLLY
United States Attorney



By: _____
David L. Hall
Assistant United States Attorney

Dated: 5 JUNE 08

FILED

JUN - 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE