## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. A. No. 08-49-GMS |
| | : | |
| PEDRO ATLATENCO-LUNA | : | |

### MOTION AND ORDER TO DISMISS INDICTMENT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, pursuant to the plea agreement, hereby moves this Honorable Court to dismiss the Indictment.

Respectfully submitted,

COLM. F. CONNOLLY
United States Attorney

BY: _____
David L. Hall
Assistant United States Attorney

Dated: 5 JUNE 08

IT IS SO ORDERED this 12th day of June, 2008.

_____
Honorable Gregory M. Sleet
Chief Judge
United States District Court
District of Delaware

**FILED**

JUN 1 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE